# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2015

148528

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ISRAEL A. VELEZ,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 148528
COA: 315209
Alger CC: 2012-001997-FC

On order of the Court, the application for leave to appeal the November 20, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We note that the facts of this case are identical to those in *People v Cotto* (Docket No. 148532), which we remanded to the Court of Appeals for consideration as on leave granted by order dated March 3, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2015



a0422

Clerk